IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-00665-WJM-CBS        Date: August 28, 2014
Courtroom Deputy: Amanda Montoya         FTR – Reporter Deck-Courtroom A402

*Parties:*                               *Counsel:*

KISSEVA MERRETT,                         Mark Schwane
                                         Keith Shandalow

Plaintiff,

v.

COLORADO STATE PATROL,                   Stephanie Scoville

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC DISCOVERY HEARING**
**Court in session: 10:06 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:** Based on counsels representation, Plaintiff's Motion for Protective Order [31] is **DENIED as MOOT.**

This hearing comes before the Court regarding Plaintiff's interrogatories #1, #2, and #3 and Plaintiff's request for production #1 and #6.

The Court suggests Plaintiff can pursue discovery regarding applications of applicants, **only** who were hired into the academy.

The Plaintiff may file a Motion in regards to these discovery requests.

The Court addresses Plaintiff's interrogatory #7.

The Plaintiff would like to extend the discovery cut-off for Phase I due to difficulties scheduling depositions.  Once the Plaintiff has concrete dates for these depositions, counsel shall put together a telephone conference call with Magistrate Judge Shaffer at (303) 844-2117, to discuss these dates and the possibility of extending the deadline.

Hearing Concluded.

**Court in recess: 10:50 a.m.**
Total time in court: 00:44

To order transcripts of hearing with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.