### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Case No. 14-cv-0665-WJM-CBS

KISSEVA MERRETT

    Plaintiff,

v.

COLORADO STATE PATROL

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss, filed November 19, 2014 (ECF No. 45). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall bear her or its own attorney's fees and costs.

Dated this 20th day of November, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge